Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  17−12508−CMG
    Chapter:  13
    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Milot Dossous                           Erin Dossous
  45 Hargrove Ln                           45 Hargrove Ln
  Willingboro, NJ 08046−1709       Willingboro, NJ 08046−1709

Social Security No.:
  xxx−xx−7965                            xxx−xx−6195

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on April 21, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 24, 2017
JAN: ckk

                                                    Jeanne Naughton
                                                    Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 17-12508-CMG
Milot Dossous                                               Chapter 13
Erin Dossous
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 2                  Date Rcvd: Apr 24, 2017
                              Form ID: 148                  Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             Milot Dossous,    45 Hargrove Ln,    Willingboro, NJ  08046-1709
jdb            Erin Dossous,    45 Hargrove Ln,    Willingboro, NJ  08046-1709
516636189      Amcol Systems Inc,    PO Box 21625,    Columbia, SC  29221-1625
516636190      Apex Asset,    2501 Oregon Pike,    Lancaster, PA  17601-4890
516636191      Banfield Pet Hospital,    3975 Princeton Pike,    Princeton, NJ  08540-4739
516636192      Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy,    PO Box 1799,
                Akron, OH  44309-1799
516636193      Burlington County Eye Physic,    225 Sunset Rd,    Willingboro, NJ  08046-1109
516636201     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:  Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE  19713-4325)
516636194      Carrington Mortgage SE,    15 Enterprise,    Aliso Viejo, CA  92656-2652
516636195      Citibank N.A.,    Customer Service,    PO Box 65006,    Sioux Falls, SD  57117
516636196      Fed Loan Serv,    PO Box 60610,    Harrisburg, PA  17106-0610
516636197      Fed Loan Sevicing,    PO Box 69184,    Harrisburg, PA  17106-9184
516636200      Kimball Medical Center,    95 Old Short Hills Rd,    West Orange, NJ  07052-1008
516694647     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI  48090-2011
516636202      Medexpress Urgent Care Nj,    1001 Consol Energy Dr,    Canonsburg, PA  15317-6506
516636203      Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
516636206      Virtua Health - Memorial,    2000 Crawford Pl,    Mount Laurel, NJ  08054-3920
516636207      Virtua Medical Group PA,    PO Box 6028,    Bellmawr, NJ  08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 23:27:57      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 23:27:54      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516636198      EDI: IIC9.COM Apr 24 2017 23:14:00      I C System Inc,    PO Box 64378,
                Saint Paul, MN  55164-0378
516636199     +E-mail/Text: ebnsterling@weltman.com Apr 24 2017 23:27:44      Kay Jewelers,    375 Ghent Rd,
                Fairlawn, OH  44333-4600
516686443      EDI: Q3G.COM Apr 24 2017 23:14:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
516636204      E-mail/Text: bankruptcy@senexco.com Apr 24 2017 23:27:14      Senex Services Corp,
                3333 Founders Rd,    Indianapolis, IN  46268-4933
516636205      E-mail/Text: bankruptcydepartment@tsico.com Apr 24 2017 23:28:36      Transworld Sys Inc/51,
                507 Prudential Rd,    Horsham, PA  19044-2308
516636208      EDI: WFFC.COM Apr 24 2017 23:13:00      Wells Fargo Bank,    PO Box 14517,
                Des Moines, IA  50306-3517
516636209      EDI: WFFC.COM Apr 24 2017 23:13:00      Wells Fargo Bank Card,    MAC F82535-02F,    PO Box 10438,
                Des Moines, IA  50306-0438
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 24, 2017
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Travis J. Richards    on behalf of Joint Debtor Erin    Dossous richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              Travis J. Richards    on behalf of Debtor Milot    Dossous richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```