| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

In re:

Milot Dossous

Erin Dossous

Order Filed on April 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12508 / CMG

Hearing Date: April 19, 2017

Judge:  Christine M. Gravelle

# ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 21, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend Confirmation Hearing

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Milot Dossous  
Erin Dossous  
    Debtors

Case No. 17-12508-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 24, 2017  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.  
db          Milot Dossous,    45 Hargrove Ln,    Willingboro, NJ   08046-1709  
jdb         Erin Dossous,    45 Hargrove Ln,    Willingboro, NJ   08046-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Travis J. Richards     on behalf of Joint Debtor Erin   Dossous richardslegal@yahoo.com, G19226@notify.cincompass.com,travis.richards@yahoo.com  
         Travis J. Richards     on behalf of Debtor Milot   Dossous richardslegal@yahoo.com, G19226@notify.cincompass.com,travis.richards@yahoo.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 5