Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  17−12508−CMG
                         Chapter:  13
                         Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Milot Dossous | Erin Dossous |
| 45 Hargrove Ln | 45 Hargrove Ln |
| Willingboro, NJ 08046−1709 | Willingboro, NJ 08046−1709 |

Social Security No.:
  xxx−xx−7965                          xxx−xx−6195

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 19, 2017</u>                 <u>Christine M. Gravelle</u>
                                                   Judge, United States Bankruptcy Court